E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721
     Facsimile: (213) 894-0141
     E-mail:    John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**LODGED**
CLERK, U.S. DISTRICT COURT
3/5/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: TV DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
MAR - 5 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-mj-01238 |
|---|---|
| Plaintiff, | COMPLAINT |
| v. | FOR ARREST WARRANT AND EXTRADITION (18 U.S.C. § 3184); ORDER THEREON |
| KEVIN BERNARD SCHAUB, | **(UNDER SEAL)** |
| A Fugitive from the Government of Canada. | |

TO: Honorable Steve Kim
    United States Magistrate Judge
    Central District of California

I, John J. Lulejian, being duly sworn, depose and state that I am an Assistant United States Attorney for the Central District of California and act for the United States in fulfilling its obligations to the Government of the Canada pursuant to the Extradition Between the United States of America and Canada, U.S.-Can., Dec. 3, 1971, 27 U.S.T. 983, as amended by the Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 11, 1988, S. Treaty Doc. No. 101-17 (1990), and the Second Protocol

Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001, S. Treaty Doc. No. 107-11 (2002) (collectively, the "Treaty"), with respect to the fugitive, KEVIN BERNARD SCHAUB ("SCHAUB"; DOB: \*\*/\*\*/1984).

In accordance with Title 18, United States Code, Section 3184, I charge on information and belief as follows:

1. Pursuant to the Treaty, Canada has submitted a formal request to the United States, through diplomatic channels, for the extradition of SCHAUB.

2. That according to the information provided by Canada, SCHAUB is charged in the Canadian province of Ontario with one count of sexual assault in violation Article 271 of the Canadian Criminal Code ("CCC") and one count of sexual interference in violation Article 151 of the CCC. SCHAUB is further charged in the Canadian province of the Yukon Territory with three counts of sexual assault in violation Article 271 of the CCC.[1]

3. That the Honorable Emma Sims, Justice of the Peace of the Ontario Court of Justice, issued a warrant for SCHAUB's arrest on the two charges brought in Ontario on May 18, 2023. And, that the Honorable Iris Proctor, Justice of the Peace of the Yukon Territorial Court, issued a warrant for SCHAUB's arrest on the three charges brought in the Yukon Territory on August 31, 2018.

---

[1] According to Canada's extradition request, on or about August 31, 2018, SCHAUB was charged by Information with other offenses in the Yukon Territory, in addition to the sexual assaults charged in counts 1, 5, and 6 of the same charging document. As to the Yukon Territory charges, Canadian authorities seek SCHAUB's extradition on only counts 1, 5, and 6, all violations of Article 271 of the CCC.

1     4. That Canada presents the following facts as the basis for
2 the criminal charges and arrest warrants:

### Charges in Ontario

    a. On or about March 1, 2023, the victim, R.F.D., who was born in 2002, provided a videotaped statement to police, in which the victim stated that SCHAUB sexually assaulted her on one occasion while he was living with her family in London, Ontario, for approximately one year between 2010 and 2011. SCHAUB, who worked as a drywaller with R.F.D.'s father, lived in the basement, while R.F.D., her brother, and her parents slept on the second floor of the two-story residence.

    b. According to R.F.D., one night between approximately 2010 and 2011, when she was either 8 or 9 years old and about to enter the 4th grade, SCHAUB woke her up and was kneeling next to her bed. SCHAUB, who was positioned near her upper body, then asked R.F.D. for pillows and a blanket. R.F.D. told SCHAUB that she did not have any pillows or a blanket for him. SCHAUB then proceeded to grab R.F.D. underneath her buttocks and attempted to digitally penetrate her vagina. Although R.F.D. was wearing sweatpants which prevented SCHAUB from penetrating her, SCHAUB continued to attempt to do so, despite R.F.D. asking him to leave the room. SCHAUB placed his hands on her vagina, and R.F.D. managed to push his hand away and escape, since he would not leave of his own accord. R.F.D. then went to her brother's room and slept with him on a futon, out of fear of returning to her bedroom after the assault.

    c. R.F.D. was too young at the time of the sexual assault to understand what SCHAUB had done. However, once R.F.D. was in

3

high school, she reported the incident to the London Police Services in hopes of preventing SCHAUB from sexually assaulting any other children.

### Charges in the Yukon Territory

d. On or about April 25, 2018, the Royal Canadian Mounted Police received a report from a school in the Yukon Territory that one of its students, B., had disclosed to her psychologist that SCHAUB, her former stepfather, had sexually assaulted her when they were living in the Yukon Territory.

e. On or about May 3, 2018, at the Central Alberta Child Advocacy Centre in Red Deer, Alberta, B. detailed three incidents to the police that she alleged occurred while living with SCHAUB.

i. In a cabin in Carmacks, Yukon Territory, when B. was 6 or 7 years old, and while she was wearing underwear and her grandfather's shirt to bed, SCHAUB came into B.'s room naked, and began touching her chest, shoulder, leg, and vagina with his hands. B. recalled being very small and SCHAUB having comparatively large hands.

ii. B. recalled often sleeping in bed with her mother, H. in a townhouse in Whitehorse, Yukon Territory (the "Whitehorse townhouse") that they also shared with SCHAUB. B., who had periodic yeast infections, had a cream that was used to stop her vagina from itching. One night, when H. was not present, SCHAUB was sleeping in the bed. B. scratched her leg, and SCHAUB asked if she was itchy. When B. answered "no," SCHAUB said that he was itchy and proceeded to get the cream from the bathroom. B. recalled SCHAUB putting the cream on the top of her vagina, hearing SCHAUB apply the

4

1 | cream to himself, and then SCHAUB proceeding to insert his penis into
2 | her vagina.
3 |    iii. B. recalled another incident at the Whitehorse
4 | townhouse when she was sleeping in a bed with pink sheets in a pink
5 | room.  SCHAUB entered her room angry and ripped the sheets off her
6 | bed.  B. remembered wearing a nightgown, laying on her side/back,
7 | with her knees tucked up to her chest in fear.  SCHAUB turned B. onto
8 | her stomach, lifted her nightgown, and inserted his penis into her
9 | vagina.
10 |   f.  On or about June 27, 2018, Canadian law enforcement
11 | obtained a statement from B.'s mother, H., who provided the
12 | following:
13 |    i.  Beginning in or about December 2008, H. was
14 | romantically involved with SCHAUB, and he cohabitated with H. and B.
15 |    ii.  In or about October 2017, B. experienced mental
16 | health concerns and engaged in self-harm.
17 |    iii. H. found text messages on B.'s telephone between
18 | B. and a friend, where B. disclosed that SCHAUB sexually assaulted
19 | her between the ages of 7 and 10.
20 |    iv.  B. confirmed that she had been assaulted to a
21 | doctor; however, B. was hesitant to provide details out of fear of
22 | feeling sad or that the sexual assaults were her fault.
23 |    v.  B. later attended a treatment center in Red Deer,
24 | Alberta, where she confided in her counselor about the sexual
25 | assaults and provided a statement to Canadian law enforcement on or
26 | about May 1, 2018.
27
28

g.  During her time at the treatment center, B. sent H. letters detailing the sexual assaults, but did not confide much in her due to her discomfort speaking about the subject with her mother. H. recalled that B. told her that once SCHAUB had come downstairs naked and made B. watch him masturbate.  B. also told H. that SCHAUB once touched B. on the vagina with lotion.

h.  H. had been taking care of her ill father in Vancouver between and about July 2010 and October 2010, and H. assumed this was when SCHAUB, who had become involved with drugs, sexually assaulted B.

i.  In or about December 2010, SCHAUB became violent and agitated, forcing H. and B. to move out.  Despite this, H. attempted to help SCHAUB get sober from drug use in or about the summer of 2011, by inviting him to stay at her cabin in Carmacks, Yukon Territory; however, H. noticed that B. was uncomfortable staying alone with Schaub and B. asked to come to H.'s workplace instead.

j.  The relationship between H. and SCHAUB ended on or about June 23, 2011, due to a domestic dispute, and SCHAUB moved out of the cabin.

## Evidence Identifying SCHAUB

k.  Police in London, Ontario, obtained a photograph of SCHAUB, captured on or about July 5, 2016, from an electronic motor vehicles database in Alberta.  On or about June 27, 2023, the police showed the above photograph to R.F.D., who confirmed that SCHAUB was the person in the photograph.  In addition, R.F.D. provided the police with SCHAUB's name and photographs of him.  She also accurately told the police SCHAUB's birthdate.

1    l.   On or about July 19, 2023, Canadian law enforcement in
2 the Yukon Territory showed the above photograph, obtained by the
3 police in London, Ontario, to H.  H. confirmed that the man in the
4 photograph was the man who sexually assaulted B.
5    m.   Canadian law enforcement also obtained SCHAUB's
6 fingerprints from an unrelated arrest which occurred on or about
7 July 24, 2011.
8    5.   U.S. law enforcement believes that SCHAUB may be found
9 within the jurisdiction:
10    a.   On or about June 23, 2023, an Immigration and Customs
11 Enforcement ("ICE") Special Agent informed the police in London,
12 Ontario, that he had seen SCHAUB leave a residence in Northridge,
13 California, as a passenger in a Dodge truck, bearing California
14 license plate number ***3457 (the "Dodge truck").  In addition, the
15 ICE Special Agent confirmed that SCHAUB was illegally in the
16 United States because he overstayed his visa.
17    b.   California Department of Motor Vehicles records reveal
18 KEVIN SCHAUB obtained a driver's license (No. ****4339) on or about
19 August 21, 2023.  The photograph accompanying this driver's license
20 bears a striking similarity to the photographs of SCHAUB included in
21 the extradition request.  Further, the date of birth matches the date
22 of birth stated in the extradition request.  The address associated
23 with this driver's license is the same residence in Northridge,
24 California, where the above ICE agent observed SCHAUB.
25    c.   On or about March 4, 2024, a Deputy United States
26 Marshal saw the Dodge truck parked at the same residence in
27 Northridge.  Later on that day, another Deputy United States Marshal
28

saw a man who resembled the person in SCHAUB's California driver's license photograph leaving the above residence on a bicycle.

6. Tom Heinemann, an attorney in the Office of the Legal Adviser of the U.S. Department of State, has provided the U.S. Department of Justice with a declaration authenticating a copy of the diplomatic note by which the request for extradition was made and a copy of the Treaty, stating that the offenses for which extradition is demanded are provided for by the Treaty, and confirming that the documents supporting the request for extradition are properly certified by the principal U.S. diplomatic or consular officer in Canada, in accordance with 18 U.S.C. § 3190, so as to enable them to be received into evidence..

7. The declaration from the U.S. Department of State with its attachments, including copies of the diplomatic note from Canada and the Treaty, and the certified documents Canada submitted in support of the request are attached to the Request for Certification of Extradition, filed separately and contemporaneously with this complaint and incorporated by reference herein.

8. That SCHAUB is likely to flee if he learns of the existence of a warrant for his arrest.

WHEREFORE, the undersigned complainant requests that a warrant for the arrest of SCHAUB be issued in accordance with 18 U.S.C. § 3184 and the Extradition Treaty between the United States and Canada, so that SCHAUB may be arrested and brought before this Court to the end that the evidence of criminality may be heard and considered, and that this complaint and the warrant be placed under

the seal of the Court, except as disclosure is needed for its execution, until such time as the warrant is executed.

DATED:   This 5th day of March, 2024, at Los Angeles, California.

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

/s/ John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney

Attorneys for Complainant
UNITED STATES OF AMERICA

Subscribed and sworn to by the applicant on this 5th day of March, 2024.

HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

9